UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) EARL MILLER, ) ) Defendant. ) ) | Cr. No. 93-0325 (TFH) |

### ORDER

Upon consideration of Magistrate Judge John M. Facciola's Report and Recommendation of March 17, 2008 (# 36), and the absence of any objections to the Report and Recommendation, the Court

**ORDERS** that the Report and Recommendation is adopted in full. Accordingly, the Court further

**ORDERS** that Miller's supervised release is terminated unsuccessfully.

July 24, 2008

Thomas F. Hogan
United States District Court Judge